11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Universal Well Service, Inc.,          * From the 132nd District
Court of Scurry County,
Trial Court No. 23756.

Vs.   No. 11-11-00335-CV          * June 20, 2013

Applied Survey Systems, Inc.,         * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded.   The costs incurred by reason of this appeal are taxed against Applied Survey Systems, Inc.